**BILLING DATA**
**RELEASE OF LEGAL MEDICAL INFORMATION**

| Patient's Name: | M█████ J█████ | | NATIONAL TRIAL LAW |
|---|---|---|---|
| SSN (Prefix Code-Sponsor's Last 4)6477 | | | 7500 RIALTO BLVD., TWO, STE 250 |
| | Case: | | AUSTIN TX 78735 |

| LUCIA CROFFORD | DATE: | PHONE: 512 476-4346 |
|---|---|---|
| **Technician Signature** *(signature)* | 26-Apr-2018 | |

| | | | AMOUNT | |
|---|---|---|---|---|
| Extent of Search ($31.20/hr) | 2 | (Each hour) | $41.60 | |
| CD ($14.50 ea.) | 1 | (CD) | $14.50 | |
| Pages Typed (NO FEE) | 1 | (Cover sheet) | $0.00 | *NOTE:  PLEASE FORWARD A COPY OF THIS |
| Reproduction per page ($0.13 ea.) | 0 | (Each page) | $0.00 | VOUCHER WITH PAYMENT. |
| Certifications ($5.20) (Affidavits/Disposition &Questions/Notary) | 0 | (Each page) | $0.00 | |
| Copies X-Ray(s) ($14.50 PER CD) | 0 | (Images) | $0.00 | **Fee Approved:  (Yes  or  No) |
| Photo image(s)($14.50 PER CD) | 0 | (Images) | $0.00 | |
| Partial Payment Received | 0 | (Check) | $0.00 | |
| | | | | ***** MAKE CHECKS PAYABLE TO: |
| **TOTAL AMOUNT BILLED** | | | **$56.10** | **BROOKE ARMY MEDICAL CENTER** |

MAIL CHECK TO:

BROOKE ARMY MEDICAL CENTER
ATTN UNIFORMED BUSINESS OFFICE
3551 ROGER BROOKE DRIVE
JBSA FT SAM HOUSTON, TX  78234-4504
PHONE: 210 916-8563    FAX:  210 916-4851

(*TAX ID NUMBER: █████████ )

SIGNATURE                                      PRINT NAME                                      DATE OF PICK UP

**DEPARTMENT OF THE ARMY**
BROOKE ARMY MEDICAL CENTER
3551 ROGER BROOKE DRIVE
JBSA FORT SAM HOUSTON, TEXAS 78234-6200

REPLY TO
ATTENTION OF



26 APRIL 2018

NATIONAL TRIAL LAW/
WHITEHURST, HARKNESS, BREES,
CHENG, ALSAFFAR, HIGGINBOTHAM, & JACOB PLLC
7500 RIALTO, BUILDING TWO, STE 250
AUSTIN, TX 78735

Dear Sir/Madam:
Request for records of: MC█████,J████   DOB: ████████

**Requested Medical Records are forwarded here with** ☒ CD-Rom ☐ Paper.
☒ Information forwarded includes information printed from electronic sources.
For Medical Billing inquiries please forward request to:
DEPARTMENT OF THE ARMY
UBO-MCHE-ZAR-U
BROOKE ARMY MEDICAL CENTER
3551 ROGER BROOKE DR.
FORT SAM HOUSTON, TEXAS 78234-6200
Ph 210.916-8563 office Fax 210.916-4851

**(X)Voucher for research, processing fees and copies in the amount of $56.10. Please remit payment with copy of the voucher to Attn: UBO-MCHE-ZAR-U.**

**Additional Information:**) CD W/AHLTA PRINT(ELECTRONIC HEALTH RECORD)DOS:5NOV2017-16MAR2018; AHLTA SENSITIVE NOTES DATED 6NOV2017-11DEC2017; HAIMS(ELECTRONIC HEALTH RECORD)DOS:5NOV2017; INPATIENT RECORD(REG#5341535)ADMIT DATES:27NOV2017-28NOV2017; INPATIENT RECORD(REG#5340056)ADMIT DATES:5NOV2017-14NOV2017.

**PASSWORD FOR CD   Mj6477BAMC!**

NOTE: For negative searches, we conducted a search using all of our available references and to the best of our knowledge the requested records are not in our files.  If you have additional information that might assist us in locating the requested records please resubmit your request with that information and we will conduct a further search. Records are not retained at this facility after five years of non-use.
Unauthorized interception or use of this correspondence could be a violation of Federal and State law.  If you have received this information in error, please notify the sender immediately.  This correspondence contains Health Care information covered under HIPAA.  Permission to use or disclose this information has been granted either by law or the patient. Further use or disclosure without additional patient authorization or as otherwise permitted by law in prohibited.

*Lucia Crofford*
Legal Release of Information
Direct Dial: (210) 916-7700

7017 2680 0000 7314 2907



# DEPARTMENT OF THE ARMY
BROOKE ARMY MEDICAL CENTER
3551 ROGER BROOKE DRIVE
JBSA FORT SAM HOUSTON, TEXAS 78234-6200

REPLY TO
ATTENTION OF

9 May 2018

NATIONAL TRIAL LAW
7500 RIALTO, BUILDING TWO, STE 250
AUSTIN, TX 78735

Request for records of:   MCNULTY, HAILEY M   20/ 4010

**Please refer to the following:**

☒ Requested Medical Records are forwarded herewith ☒ CD-Rom ☐ Paper.

☒ Information forwarded includes information printed from electronic sources.

☐ Records have been retired/archived. Medical records pertaining to this patient have been forwarded to: National Personnel Records Center (NPRC). Please see attached packet on how to request records

☒ For Medical Billing inquiries please forward request to:
Brooke Army Medical Center
Attn: UBO
3551 Roger Brooke Drive
Fort Sam Houston, Texas 78234-6200
Phone: 210 916-8563   Fax: 210 916-4851

☒ Voucher for research, processing fees and copies in the amount of $ __56.10__.   Please remit payment with copy of the voucher to Attn: Uniformed Business Office.

☒ **Additional Information**   HIPPA COVERSHEET
AHLTA DOS 11-05-2017 TO 03-16-2018
INP HC 5340057 DOS 11-05-2017
INP EC 5340057 DOS 11-05-2017
APV HC 02-01-2018
APV EC 02-01-2018
HAIMS DOS 11-05-2017 ER
910 PAGES ON CD
PASSWORD Mh4010BAMC!

NOTE: For negative searches, we conducted a search using all of our available references and to the best of our knowledge the requested records are not in our files. If you have additional information that might assist us in locating the requested records please resubmit your request with that information and we will conduct a further search. Records are not retained at this facility after five years of non-use.
Unauthorized interception or use of this correspondence could be a violation of Federal and State law. If you have received this information in error, please notify the sender immediately. This correspondence contains Health Care information covered under HIPAA. Permission to use or disclose this information has been granted either by law or the patient. Further use or disclosure without additional patient authorization or as otherwise permitted by law in prohibited.

/GINA GUAJARDO/
*Legal Release of Information*
*Direct Dial: (210) 916-1157*

### BILLING DATA
### RELEASE OF LEGAL MEDICAL INFORMATION

| | | | | |
|---|---|---|---|---|
| Patient's Name: | MCNULTY, HAILEY M | | | |
| SSN (Prefix Code-Sponsor's Last 4) | 20/ 4010 | | NATIONAL TRIAL LAW | |
| | Case: | | 7500 RIALTO, BUILDING TWO, STE 250 | |
| | | | AUSTIN, TX 78735 | |
| _GINA GUAJARDO_ | | DATE: | PHONE: 512-476-4346 | |
| **Technician Signature** | | 2018 MAY 09 | | |

**MEDICAL RECORDS**

| | | | AMOUNT | |
|---|---|---|---|---|
| Extent of Search ($31.20/hr) | 2 | (Each hour) | $41.60 | |
| CD ($14.50 ea.) | 1 | (CD) | $14.50 | |
| Pages Typed (NO FEE) | 1 | (Cover sheet) | $0.00 | *NOTE: PLEASE FORWARD A COPY OF THIS |
| Reproduction per page ($0.13 ea.) | 0 | (Each page) | $0.00 | <u>VOUCHER WITH PAYMENT.</u> |
| Certifications ($5.20) (Affidavits/Disposition &Questions/Notary) | 0 | (Each page) | $0.00 | |
| Copies X-Ray(s) ($14.50 PER CD) | 0 | (Images) | $0.00 | **Fee Approved: (Yes or No) |
| Photo image(s)($14.50 PER CD) | 0 | (Images) | $0.00 | |
| Partial Payment Received | 0 | (Check) | $0.00 | |
| **TOTAL AMOUNT BILLED** | | | **$56.10** | ***** MAKE CHECKS PAYABLE TO: BROOKE ARMY MEDICAL CENTER |

MAIL CHECK TO:

BROOKE ARMY MEDICAL CENTER
ATTN  UNIFORMED BUSINESS OFFICE
3551 ROGER BROOKE DRIVE
JBSA FT SAM HOUSTON, TX  78234-4504      (*TAX ID NUMBER: [redacted]
PHONE: 210 916-8563    FAX:  210 916-4851
SIGNATURE                                        PRINT NAME                                        DATE OF PICK UP

# I N V O I C E



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 107020 | 10/30/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 27532.001 | 9/6/2019 | |
| **Case Name** | | |
| J█████ M█████ ( BY AUTHO) | | |
| **Records Pertaining To** | | |
| J█████ M█████ | | |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| **RECORDS FROM** | **ORDERED BY** | **Reference Info.** |
|---|---|---|
| BROOKE ARMY MEDICAL CENTER - THE CENTER FOR THE INTREPID<br>Medical Records<br>Attn: UNIFORMED BUSINESS OFFICE<br>3551 Roger Brooke Dr JBSA<br>FT SAM HOUSTON, TX  78234-6200 | Eugene W. Brees, II<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>7500 Rialto Boulevard, Building Two, Suite 250<br>Austin, TX  78735 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | |
|---|---|---|---|---|
| J█████ M█████ (MEDICAL) | | | 1,036.00 | |
| Custodian Fee | | | 27.25 | 27.25 |
| Request by Authorization | | | 65.00 | 65.00 |
| Administrative Fee (Req by Autho) | | | 35.00 | 35.00 |
| Original Legals Reviewed, Scanned, Uploaded with Online Access | 18.00 Pages | @ | 0.55 | 9.90 |
| Exhibits Scanned without Bates # - No Charge for Pages Over 100 | 100.00 Pages | @ | 0.45 | 45.00 |
| Online/Email Access - No Charge for Pages Over 100 | 100.00 Pages | @ | 0.30 | 30.00 |
| | **TOTAL DUE  >>>** | | | **$212.15** |

Thank you for your business!  For questions or a list of other services,
please go to www.TLC-Texas.com or call us at 512.892.5700.

| **(-) Payments/Credits:** | 0.00 |
|---|---|
| **(+) Finance Charges/Debits:** | 0.00 |

**Tax ID:** ████████

*Please detach bottom portion and return with payment.*

---

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| | | |
|---|---|---|
| Invoice No. | : | 107020 |
| Invoice Date | : | 10/30/2019 |
| **Total Due** | **:** | **$212.15** |

| | | |
|---|---|---|
| Order No. | : | 27532.001 |
| BU ID | : | MAIN |
| Case No. | : | |
| Case Name | : | J█████ M█████ ( BY AUTHO) |

**Remit To:**  **THE LEGAL CONNECTION, INC.**
**7103 Oak Meadow Dr., Suite A**
**Austin, TX  78736**

# I N V O I C E



| | Invoice No. | Invoice Date | Payment Terms |
|---|---|---|---|
| | 107020 | 10/30/2019 | Due upon receipt |
| | Order No. | Order Date | Case No. |
| | 27532.001 | 9/6/2019 | |
| | **Case Name** | | |
| | J███ M███ ( BY AUTHO) | | |
| | **Records Pertaining To** | | |
| | J███ M███ | | |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

(=) New Balance:   $212.15

**Tax ID:** ███████

*Please detach bottom portion and return with payment.*

---

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

Invoice No.     :   107020
Invoice Date    :   10/30/2019
**Total Due**   :   **$212.15**

Remit To:   **THE LEGAL CONNECTION, INC.**
**7103 Oak Meadow Dr., Suite A**
**Austin, TX  78736**

Order No.    :   27532.001
BU ID        :   MAIN
Case No.     :
Case Name    :   J███ M███ ( BY AUTHO)

# I N V O I C E



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 107228 | 11/1/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 27531.002 | 9/30/2019 | 5:18-CV-00555-XR |
| **Case Name** | | |
| HAILEY MCNULTY ( BY AUTHO) | | |
| **Records Pertaining To** | | |
| HAILEY MCNULTY | | |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| Records From | Ordered By | Reference Info. |
|---|---|---|
| FLORESVILLE HIGH SCHOOL<br><br>1813 Tiger Lane<br>Floresville, TX  78114 | Eugene W. Brees, II<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>7500 Rialto Boulevard, Building Two, Suite 250<br>Austin, TX  78735 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | | |
|---|---|---|---|---|---|
| HAILEY MCNULTY (ACADEMIC) | | 90.00 | | | |
| Request by Authorization | | | | 65.00 | 65.00 |
| Administrative Fee (Req by Autho) | | | | 35.00 | 35.00 |
| Legals/Exhibits Scanned, Bates #d, QC'd | | 90.00 Pages | @ | 0.45 | 40.50 |
| Online/Email Access | | 90.00 Pages | @ | 0.30 | 27.00 |
| RUSH Fee | | | | 25.00 | 25.00 |
| **TOTAL DUE  >>>** | | | | | **$192.50** |
| (-) Payments/Credits: | | | | | 0.00 |
| (+) Finance Charges/Debits: | | | | | 0.00 |
| (=) New Balance: | | | | | $192.50 |

Thank you for your business!  For questions or a list of other services,
please go to www.TLC-Texas.com or call us at 512.892.5700.

**Tax ID:** 26-4693089

*Please detach bottom portion and return with payment.*

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

Invoice No.    :   107228
Invoice Date   :   11/1/2019
**Total Due**    :   **$192.50**

Order No.    :   27531.002
BU ID        :   MAIN
Case No.     :   5:18-CV-00555-XR
Case Name    :   HAILEY MCNULTY ( BY AUTHO)

Remit To:   **THE LEGAL CONNECTION, INC.**
**7103 Oak Meadow Dr., Suite A**
**Austin, TX  78736**

# I N V O I C E



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 107229 | 11/1/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 27532.003 | 9/30/2019 | |
| **Case Name** | | |
| J████ M██████ ( BY AUTHO) | | |
| **Records Pertaining To** | | |
| J████ M██████ | | |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| **Records From** | **Ordered By** | **Reference Info.** |
|---|---|---|
| FLORESVILLE HIGH SCHOOL<br><br>1813 Tiger Lane<br>Floresville, TX  78114 | Eugene W. Brees, II<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>7500 Rialto Boulevard, Building Two, Suite 250<br>Austin, TX  78735 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | | |
|---|---|---|---|---|---|
| J████ M██████ (ACADEMIC) | | 82.00 | | | |
| Request by Authorization | | | | 65.00 | 65.00 |
| Administrative Fee (Req by Autho) | | | | 35.00 | 35.00 |
| Legals/Exhibits Scanned, Bates #d, QC'd | | 82.00 Pages | @ | 0.45 | 36.90 |
| Online/Email Access | | 82.00 Pages | @ | 0.30 | 24.60 |
| RUSH Fee | | | | 25.00 | 25.00 |
| **TOTAL DUE  >>>** | | | | | **$186.50** |

Thank you for your business!  For questions or a list of other services,
please go to www.TLC-Texas.com or call us at 512.892.5700.

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$186.50** |

**Tax ID:** ████████

*Please detach bottom portion and return with payment.*

---

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| | | |
|---|---|---|
| Invoice No. | : | 107229 |
| Invoice Date | : | 11/1/2019 |
| **Total Due** | : | **$186.50** |

**Remit To:** THE LEGAL CONNECTION, INC.
7103 Oak Meadow Dr., Suite A
Austin, TX  78736

| | | |
|---|---|---|
| Order No. | : | 27532.003 |
| BU ID | : | MAIN |
| Case No. | : | |
| Case Name | : | J████ M██████ ( BY AUTHO) |

# FREE STATE REPORTING, INC.
1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/8/20 | WDTX063 |

| BILL TO | SHIP TO |
|---|---|
| Jamal Alsaffar<br>7500 Rialto Boulevard<br>Building 2, Suite 250<br>Austin, TX  78735 | |

| TERMS | PO NO. | CONTRACT NO. |
|---|---|---|
| Upon Receipt | | |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Date of Deposition:  3/27/2020<br>In the matter of:  Lisa McNulty v. USA<br>Deposition of:  Lisa McNulty<br>First copy of transcript | 78 | 3.15 | 245.70 |

Federal ID # ■■■■■■■    DUNS #051045359

Please reference invoice number on payment.  Outstanding balances incur a finance charge of 1.5% per month.

**Total:** $245.70

**Balance Due:** $245.70

FREE STATE REPORTING, INC.
1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

03/08/21

SALE                                                                                          Total:        $444.15

Visa
xxxxxxxxxxxx5046

| | | | |
|---|---|---|---|
| Exp. Date: | xx / xx | | |
| Entry Mode: | Keyed | | |
| Name: | Thelma Alvarado-Garza | | |
| Auth. Code: | 01380G | **QuickBooks Trans. No:** | |
| Trans. ID: | PU0002644295 | Merchant No.: | 5247719927771528 |
| Terminal ID: | - | AID | - |

Thank you for your business

CUSTOMER COPY